UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SONNY BORJA,<br><br>                Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>                Respondent. | CASE NO. 3:20-CV-5195-RBL-DWC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: JUNE 26, 2020 |

      Petitioner Sonny Borja, proceeding *pro se*, filed a proposed Petition for Writ of Habeas Corpus (the "Petition") pursuant to 28 U.S.C. § 2254. *See* Dkt. 1. Petitioner also filed an Application to Proceed *In Forma Pauperis*. *See* Dkt. 4.

      After completing an initial screening of the Complaint, the Court declined to serve the Petition, but provided Plaintiff with leave to file an amended pleading by May 15, 2020 to cure the deficiencies. Dkt. 6 (Order dated April 15, 2020). Plaintiff was notified his failure to comply with the Court's Order or adequately address the issues identified in the Order would result in the Court recommending dismissal of this case. *Id.*

      Plaintiff has failed to comply with the Court's Order. He has not filed an amended pleading to correct the deficiencies contained in the Petition. As Plaintiff has failed to respond to

1 | the Court's Order and prosecute this case, the Court recommends this case be dismissed without
2 | prejudice. The Court also recommends denying all pending motions as moot.
3 |      As Petitioner has not prosecuted this case, the Court finds Petitioner fails to make a
4 | substantial showing of the denial of a federal right necessary for a certificate of appealability and
5 | finds any appeal would be frivolous and not taken in good faith. The Court, therefore,
6 | recommends a certificate of appealability be denied and *in forma pauperis* status be denied on
7 | appeal.
8 |      Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
9 | Procedure, the parties shall have fourteen (14) days from service of this Report to file written
10 | objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
11 | objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
12 | limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on June 26,
13 | 2020, as noted in the caption.
14 |
15 |      Dated this 1st day of June, 2020.

                                                David W. Christel
                                                United States Magistrate Judge