UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SONNY BORJA,

                Petitioner,

   v.

STATE OF WASHINGTON,

                Respondent.

No. 3:20-CV-5195-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation [Dkt. # ], recommending dismissal of this matter without prejudice. Petitioner has not objected.

(1)    The Report and Recommendation is **ADOPTED**;

(2)    This case is dismissed without prejudice for failure to prosecute. All pending motion(s) are denied as moot.

(3)    For the reasons articulated in the R&R, a certificate of appealability is denied and petitioner's *in forma pauperis* status is denied in the event of an appeal.

The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

IT IS SO ORDERED.

    **DATED** this  23rd  day of July, 2020.

*Ronald B. Leighton* (signature)

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1